JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| TREMAYNE CARROLL, | ) CASE NO. CV 19-8519-VBF (PJW) |
|---|---|
| Petitioner, | ) |
| v. | ) JUDGMENT |
| WARDEN JARED LOZANO, ET AL., | ) |
| Respondents. | ) |

 IT IS HEREBY ADJUDGED that the Petition is dismissed without prejudice.

Dated: June 1, 2020

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE